AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Whyte, Ronald M | 2. Court or Organization<br><br>Northern District California | 3. Date of Report<br><br>05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　Date<br>☐ Initial　☒ Annual　☐ Final<br><br>5b.　☐　Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>280 S. First Street<br>San Jose, CA 95113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.　Member of Exec. Committee | Santa Clara Inn of Court |
| 2.　Member | Intellectual Property Board of Advisors - George Washington Law School |
| 3.　Member | Santa Clara Law School IP Advisory Board |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2007 MAY 22 A 9: 56
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Court Designated Child Advocates - wages |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Washington Law School | India Project, Delhi, Bangalore, and Bhopal, India, 1/23-2/5 (reimbursement of meals, travel and lodging) |
| 2. IP & Technology Institute (Colo. Bar Assoc., Stanford Program and ABA) | Conference, Denver, Colorado, 5/31-6/2 (reimbursement for meals, travel and lodging) |
| 3. Federal Circuit Bar Asociation | Conference, San Ana Pueblo, New Mexico 6/20-7/1 (reimbursement for meals, travel and lodging) |
| 4. Intellectual Property Ownera Association | Conference, Chicago, Illinois, 9/9-9/12 (reimbursement for meals, travel and lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 05/15/2007 |

5.　American Law Institute　　　　　　　　　　　　Conference, Chicago, Illinois, 9/27-9/29 (reimbursement for meals, travel and lodging)

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Active Assets Cal Tax Fr Trust | | None | | | | 7/7 | J | | |
| 2. MSDW Lim Dur US Treasury Trust | B | Dividend | | | Sell | 12/21 | M | | |
| 3. Active Assets Cal Tax Fr Trust | A | Interest | | | Sell | 7/7 | K | | |
| 4. Emeryville Redev Bond | A | Interest | J | T | | | | | |
| 5. Sacramento Utility Bond | A | Interest | J | T | | | | | |
| 6. California Water Bond due 2016 | A | Interest | J | T | | | | | |
| 7. California Water Bond due 2018 | A | Interest | J | T | | | | | |
| 8. MSDW S/T US Treasury Trust | D | Interest | | | Sell | 12/21 | M | | |
| 9. Charter Muni Accept Corp | C | Dividend | K | T | | | | | |
| 10. Davis NY Venture Mut Fund | B | Dividend | M | T | | | | | |
| 11. Davis NY Venture Mut Fund | | | | | Partial sale | 1/20 | J | A | |
| 12. Davis NY Ventue Mut Fund | | | | | Partial sale | 4/21 | J | A | |
| 13. Davis NY Venture Mut Fund | | | | | Partial sale | 7/21 | J | A | |
| 14. Davis NY Venture Mut Fund | | | | | Partial sale | 10/20 | J | A | |
| 15. Target Large Cap Portfolio Trust | D | Dividend | M | T | | | | | |
| 16. Target Small Cap Portfolio Trust | B | Dividend | L | T | | | | | |
| 17. Templeton Foreign Fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dryden Cal Muni Fund | B | Dividend | K | T | | | | | |
| 19. Putnam Cal Tax Ex Fund | D | Dividend | M | T | | | | | |
| 20. Evergreen Municipal Fund | A | Interest | K | T | | | | | |
| 21. MSDW Liquid Asset Fund | A | Dividend | | | Sell | 9/14 | K | | |
| 22. MSDW Lim Dur Bond Fund | C | Dividend | | | Sell | 9/14 | M | | |
| 23. MSDW Lim Dur Bond Exch B | B | Dividend | | | Sell | 12/21 | M | | |
| 24. MSDW Equally Weighted S&P 500 | | None | | | Sell | 9/13 | L | | |
| 25. MSDW Dividend Growth | | None | | | Sell | 9/14 | L | | |
| 26. Pax World Fund | B | Dividend | M | T | | | | | |
| 27. Putnam Health Sciences Fund | | None | | | Sell | 9/13 | M | E | |
| 28. Putnam Fund for Growth and Income | A | Dividend | | | Sell | 9/13 | L | D | |
| 29. First Eagle (Sogen) International Fund | D | Dividend | N | T | | | | | |
| 30. Templeton Foreign Fund | C | Dividend | M | T | | | | | |
| 31. Bank of the West Acct | A | Interest | J | T | | | | | |
| 32. Bank of the West Acct | A | Interest | K | T | | | | | |
| 33. Rental Property, Ketchum, ID, assessed value: $349,200 | D | Rent | N | S | | | | | |
| 34. Rental Property , Los Gatos, CA, assessed | E | Rent | M | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| value: $ 245,178 | | | | | | | | | |
| 35. Calamos Investment Trust Growth Fund | | None | L | T | | | | | |
| 36. Eaton Vance Health Science Fund | | None | L | T | | | | | |
| 37. von Weise Properties, LLC | E | Distribution | N | W | | | | | |
| 38. Century Small Cap Select FD Inv Shs | B | Dividend | K | T | | | | | |
| 39. Julius Baer Invt Fds Intl Equity Fd | C | Dividend | L | T | | | | | |
| 40. Oppenheimer Dev Mrks Fd | A | Dividend | K | T | | | | | |
| 41. WT Mut Fd Crm Mid Cap Value Fd | A | Dividend | L | T | | | | | |
| 42. Wash Mut Bank | A | Interest | J | T | | | | | |
| 43. CRM Mid Cap Fd Instl | B | Dividend | L | T | Buy | 7/18 | L | | |
| 44. Riverside Ca uni S/D bond | | | K | T | Buy | 12/22 | K | | |
| 45. Rosemead Ca 3.5 Redev Bond | | | L | T | Buy | 12/22 | L | | |
| 46. Ceres Ca Redev Bond | | | K | T | Buy | 12/22 | K | | |
| 47. Corona Ca Corp Yd Bond | | | K | T | Buy | 12/22 | K | | |
| 48. Solano Ca 3.5% Bond | | | K | T | Buy | 12/22 | K | | |
| 49. Keeley Small Cap Fund | | | L | T | Buy | 9/14 | L | | |
| 50. PIMCO For Bond Fund | C | Dividend | M | T | Buy | 9/14 | M | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. PIMCO Low Dur Fund | C | Dividend | N | T | Buy | 9/14 | N | | |
| 52. ABN Montag & Calwll Fund | A | Int./Div. | L | S | Buy | 9/14 | M | | |
| 53. Janus Invt Fund | C | Dividend | L | T | Buy | 9/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 05/15/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date __5/15/07__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544